Craig D. COWARD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76178.

Missouri Court of Appeals,
Western District.

July 22, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied Sept.
2, 2014.

Application for Transfer Denied
Oct. 28, 2014.

Dennis Owens, Kansas City, MO, for appellant.

Adam Rowley, Jefferson City, MO, for respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. Craig D. Coward appeals the judgment denying a Rule 29.15 post-conviction relief motion. He claims that trial counsel was ineffective for failing to present certain witnesses.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).